THE PEOPLE *ex rel.* Thorp *et al.*

*v.*

OTTO SEIBERT, President of Town Board of Normal.

*Announced orally at Springfield October 8, 1897.*

PRACTICE—*proper practice on motion for leave to file petition for mandamus.* A motion for leave to file a petition for *mandamus* in the Supreme Court must show substantial grounds of recovery, and for that purpose the motion must be accompanied by a copy of the petition proposed to be filed, in default of which the motion will be denied.

MOTION for leave to petitioner to file an original petition for *mandamus.*

THOMAS F. TIPTON, and B. H. McCANN, for petitioners.

Mr. JUSTICE CARTWRIGHT announced the opinion of the court:

This is a motion by the People, on the relation of one John Y. Thorp and others, for leave to file a petition for *mandamus.* In the view we take of the case the motion must be denied. The practice in *mandamus* in this court is, that the motion for leave to file the petition shall show the substantial grounds of recovery, and for that purpose the motion should be accompanied by a copy of the petition proposed to be filed, so the court, in passing upon the motion, may see whether or not an order allowing the petition to be filed would be a proper order. No copy of the petition accompanies this motion, and there is nothing upon the files or contained in the motion of the petitioner to advise the court whether the leave asked ought to be granted or not. Under these circumstances we can only deny the motion.

*Motion denied.*